UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER BETHAM and LYNN BETHAM,<br><br>                          Plaintiffs,<br><br>              -v.-<br><br>AVON PRODUCTS INC. et al.,<br><br>                          Defendants. | 23 Civ. 4681 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

After issuing yesterday's endorsement (Dkt. #48), the Court became aware of a conflict of interest that precludes its continued involvement in this case. As such, the case will be promptly reassigned. The deadlines set in the Court's June 29, 2023 endorsement are hereby ADJOURNED *sine die*. Shell may renew its motion as appropriate after the case is reassigned.

SO ORDERED.

Dated:  June 30, 2023
        New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge